UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :
------------------------------------------------------------X
IGNACIO C. SOLIS, : 07-CV-08287-AKH
                                            :
                        Plaintiff, :
                                          : **APPEARANCE**
  - against - :
                                           : **ELECTRONICALLY FILED**
ALAN KASMAN D/B/A KASCO, *et al.*, :
                                            :
                     Defendants. :
------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       January 18, 2008

                                   By:    /s/ Judith R. Cohen
                                            _____
                                         Judith R. Cohen (JC-8614)
                                         1177 Avenue of the Americas
                                         New York, New York 10036
                                         Phone: (212) 277-6500
                                         Fax: (212) 277-6501

                                         *Attorney for Defendant*
                                         MERRILL LYNCH & CO., INC.