UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE
LITIGATION
-----------------------------------------------------------------------x
IGNACIO C. SOLIS

                                                                                                      07CV8287

                          Plaintiffs,                                          ANSWER

   -against-

ALAN KASMAN DBA KASCO, ANN TAYLOR STORES
CORPORATION, BATTERY PARK CITY AUTHORITY,
BFP ONE LIBERTY PLAZA CO., LLC,, BLACKMON-
MOORING-STEAMATIC CATASTOPHE, INC. D/B/A
BMS CAT, BROOKFIELD FINANCIAL PROPERTIES,
INC., BROOKFIELD FINANCIAL PROPERTIES, LP,
BROOKFIELD PARTNERS, LP, BROOKFIELD
PROPERTIES CORPORATION, BROOKFIELD
PROPERTIES HOLDINGS INC., ENVIROTECH CLEAN
AIR, INC., GENERAL RE SERVICES CORP., GPS
ENVIRONMENTAL CONSULTANTS, INC., HILLMAN
ENVIRONMENTAL GROUP, LLC., INDOOR
ENVIRONMENTAL TECHNOLOGY, INC., KASCO
RESTORATION SERVICES CO., MERRILL LYNCH &
CO, INC., NATIONAL ASSOCIATION OF SECURITIES
DEALERS, INC., NEW LIBERTY PLAZA LP, NEW YORK
CITY INDUSTRIAL DEVELOPMENT AGENCY, NEW
YORK CITY INDUSTRIAL DEVELOPMENT
CORPORATION, NOMURA HOLDING AMERICA, INC.,
NOMURA SECURITIES INTERNATIONAL, INC., ONE
LIBERTY PLAZA, STRUCTURE TONE (UK), INC.,
STRUCTURE TONE GLOBAL SERVCIES, INC., THE
BOARD OF MANAGERS OF THE ONE LIBERTY
PLAZA CONDOMINIUM (CONDO #1178), TOSCORP
INC., TUCKER ANTHONY, INC., VERIZON NEW
YORK, INC, WESTON SOLUTIONS, INC., WFP ONE
LIBERTY PLAZA CO., L.P., WFP ONE LIBERTY
PLAZA, CO. GP, CORP., WFP TOWER A CO., WFP
TOWER A CO. G.P. CORP., WFP TOWER A. CO.,
L.P., WFP TOWER B HOLDING CO., LP, WFP TOWER
B. CO., L.P., AND WORLD FINANCIAL PROPERTIES,
L.P., ET AL
                          Defendants.
-----------------------------------------------------------------------x

       PLEASE TAKE NOTICE that defendant Envirotech Clean Air Inc.

("Envirotech"), as and for their responses to the allegations set forth in the Complaint by

Adoption ("Check-off Complaint") related to the Master Complaint filed in the above-referenced action, hereby adopts Envirotech's Answer to the Master Complaint dated August 3, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

WHEREFORE, the defendant Envirotech demands judgment dismissing the above-captioned action as against each of them, together with costs and disbursements.

Dated: Lake Success, New York
January 22, 2008

Yours, etc.

FRIEDMAN, HARFENIST, LANGER & KRAUT
Attorneys for Defendant –Envirotech
3000 Marcus Avenue, Suite 2E1
Lake Success, New York 11042
(516) 775-5800

BY: _____
Heather L. Smar (4622)